**IT IS ORDERED as set forth below:**



**Date: July 11, 2014**

_____
**James R. Sacca
U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| NINA MIZELLE SHEALEY | ) | CASE NO. 12-81464-JRS |
| | ) | |
| Debtor, | ) | |
| - - - - - - - - - - - - - - - - - - - - - - - | )- - - - - - - - - - - - - - - - - - - - - - - |
| | ) | |
| HEADWATERS FINANCIAL | ) | |
| CORPORATION | ) | |
| | ) | |
| Movant, | ) | |
| | ) | |
| v. | ) | CONTESTED MATTER |
| | ) | |
| NINA MIZELLE SHEALEY | ) | |
| | ) | |
| Respondent, | ) | |

**ORDER MODIFYING THE AUTOMATIC STAY**

Headwaters Financial Corp ("Movant") filed and served a Notice of Hearing and Motion to Modify the Automatic Stay, on June 9, 2014, which was set for hearing ("Hearing ") July 10, 2014. Counsel for Debtor announced that a "No-Opposition Order" would be entered. Counsel for the Chapter 13 Trustee appeared for the Hearing and had no objections.  Counsel for Debtor previously stated to Counsel for Movant, that Debtor did not opposed the Motion. No other party in interest appeared or objected to the Motion.

Movant is the uncontested holder of a first priority security deed on Debtor 2011 Harley Davidson, motor cycle, Model FLTRX103, Vin Number 1HD1KHM12BB641298 ("Collateral"):

Debtor stated that she intended to surrender the Collateral in her Chapter 13

Good cause has been shown, it is hereby

**ORDERED**  that Movant's Motion is **GRANTED**. It is

 **FURTHER ORDERED** that once the Collateral is sold or disposed of by Movant, Movant shall promptly remit to the Chapter 13 Trustee all such proceeds, if any, after application of the Movant's lawful claim.  It is

**FURTHER ORDERED**, that once the Collateral is liquidated, should there be a deficiency on the amount realized by Movant from such liquidation, that Movant shall be authorized to file a Proof of Claim in the above captioned case, for such deficiency amount.

### [END OF ORDER]

### [SIGNATURES ON FOLLOWING PAGE]

PRESENTED BY:

/s/ Evan M. Altman
Evan M. Altman
Attorney for Movant
Georgia Bar No. 014066
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia  30350
(770) 394-6466

No Opposition

/s/ Lesley Annis with expressed permission to EMA
Georgia Bar No.. 019780
Lesley Annis. Esq.,
LA Law Firm
Suite 500
1401 Peachtree Street, NE
Atlanta. GA 30309
404-447-3138

No Opposition

/s/ Jason Rogers with expressed permission to EMA
Georgia Bar No.. 142575
Adam M. Goodman,
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta. GA 30303
678-510-1444

DISTRIBUTION LIST

Evan M. Altman
Northridge 400
8325 Dunwoody Place
Building Two
Atlanta, Georgia  30350

Ms. Nina Mizelle Shealey
479 White Cedar Court
Riverdale, GA 30274

Lesley Annis, Esq.,
LA Law Firm
Suite 500
1401 Peachtree Street, NE
Atlanta, GA 30309

Jason Rogers, Esq.,
Adam M. Goodman,
Chapter 13 Trustee
Suite 200
260 Peachtree Street
Atlanta, GA 30303